# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WALTER GRANT**                                                              **PLAINTIFF**

**VS.**                  **NO. 4:12-CV-0066-SWW**

**FPC CORPORATION and
SUTHERLAND LUMBER & HOME
IMPROVEMENT COMPANY**                                     **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this 18th day of September, 2012, comes on to be heard the above-styled and numbered cause, and all parties represent to the Court that all claims asserted in the Complaint have been resolved and stipulate for a dismissal with prejudice.

It is therefore by the Court considered, ordered, and adjudged that the above-styled and numbered cause be and the same is hereby dismissed with prejudice as to all claims against all parties.

IT IS SO ORDERED.

                                                  <u>/s/Susan Webber Wright</u>
                                                  UNITED STATES DISTRICT JUDGE