# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WALTER GRANT**                                                     **PLAINTIFF**

**VS.**                        **NO. 4:12-CV-0066-SWW**

**FPC CORPORATION and**
**SUTHERLAND LUMBER & HOME**
**IMPROVEMENT COMPANY**                           **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this 18th day of September, 2012, comes on to be heard the above-styled and numbered cause, and all parties represent to the Court that all claims asserted in the Complaint have been resolved and stipulate for a dismissal with prejudice.

It is therefore by the Court considered, ordered, and adjudged that the above-styled and numbered cause be and the same is hereby dismissed with prejudice as to all claims against all parties.

IT IS SO ORDERED.

                                                 /s/Susan Webber Wright
                                                 UNITED STATES DISTRICT JUDGE